**Gregory Vincent SMITH,
Plaintiff–Appellant,**

v.

**Christopher PHILLIPS; CPL T Wilson, Tick; Peggy E. Spivey; Crystal Hodge; Jim Matthews, Defendants–Appellees.**

No. 16–6344

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: June 1, 2016

Gregory Vincent Smith, Appellant Pro Se. H. Thomas Morgan, Jr., Larry Shawn Sullivan, Dubose–Robinson, P.C., Camden, South Carolina, for Appellees.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Vincent Smith appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Phillips, No. 1:14–cv–03161–RBH, 2016 WL 385398 (D.S.C. Feb. 2 & Mar. 3, 2016). We also deny Smith's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED